UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JAMES DOWNING,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No. 2:23-cv-02198-DMC (SS)<br><br>ORDER |

Good cause appearing therefor based on the parties' stipulation, Plaintiff's motion for an extension of time, ECF No. 11, is GRANTED. Plaintiff's opening brief is due February 1, 2024, and Defendant's response is due on or before March 2, 2024.

IT IS SO ORDERED.

Dated:  January 2, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE