```
1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   MARGARET BRANICK-ABILLA (CABN 223600)
4  Special Assistant United States Attorney
   Office of Program Litigation, Office 7
5  Office of the General Counsel
   Social Security Administration
6  6401 Security Boulevard
   Baltimore, MD 21235
7  Telephone: (510) 970-4809
   Email: Margaret.Branick-Abilla@ssa.gov
8
9  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JAMES DOWNING,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:23-cv-02198-DMC<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

///

///

///

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 11, 2024                    GERRARD LAW OFFICES

By:     /s/ Josephine Gerrard*
        JOSEPHINE GERRARD
        Attorney for Plaintiff
        [*as authorized by email on Apr. 11, 2024]

Dated: April 15, 2024                    PHILLIP A. TALBERT
                                         United States Attorney
                                         MATHEW W. PILE
                                         Associate General Counsel
                                         Office of Program Litigation, Office 7

By:     /s/ Margaret Branick-Abilla
        MARGARET BRANICK-ABILLA
        Special Assistant United States Attorney
        Attorneys for Defendant

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 15, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE