Josephine M. Gerrard (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, Sean James Downing

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN JAMES DOWNING, | Case No. 2:23-cv-02198-DMC |
| Plaintiff, | |
| v. | **ORDER** |
| MARTIN J. O'MALLEY, | |
| Commissioner of Social Security, | |
| Defendant | |

Based upon the Joint Stipulation for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), which is signed by all parties, Plaintiff is awarded $8,500.00, payable directly to Plaintiff's counsel less any federal offset Plaintiff may owe.  The Clerk of the Court is directed to terminate ECF No. 20 as a pending motion.

IT IS SO ORDERED.

Dated: July 8, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

DEFENDANT'S NAME